# TAB A

IMPORTANT: Answer All Questions and Print Responses Clearly Using a Black or Blue Pen.    L109368

| Last Name | First Name | MI | Preferred Name |
|---|---|---|---|
| Hobley | Earnest | L | Earnest |

| Current Address | City | State | Zip | County | Years There |
|---|---|---|---|---|---|
| 2713 17th Street | Washington | DC | 20018 | N/A | 2 months |

| Most Recent Previous Address | City | State | Zip | County | Years There |
|---|---|---|---|---|---|
| 107 Charles Street | Gordonsville | Va | 22942 | N/A | 8 |

| Social Security Number | Telephone (Home) | Telephone (cellular, digital) |
|---|---|---|
| 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 | (202) 526-7386 | N/A |

e-Mail Address: N/A

Is This Your First Job? ○ Yes ● No
Are You 16 Or Older? ● Yes ○ No

Do you have a Driver's License? ● Yes ○ No
Driver's License # 9574945    State DC    Expiration Date 12-26-2005

How Did You Find Out About KFC?
○ Referred by Friend    ● Walked In    ○ Radio Ad
○ Referred by KFC Employee    ○ Television Ad    ○ Newspaper Ad
○ Banner / Sign    ○ Job Fair    ○ Internet
○ Other _____

Example: Customer Service, Food Preparation, Delivery, (Management), Office, Other

● Full Time    ○ Part Time
Starting Wage Desired $ open    ○ Hourly ○ Annually

Write In Hours Available Each Day:
| | Mon | Tues | Wed | Thur | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|
| From | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| To | | | | | | | |

| | Name, City, State | Dates From | Dates To | Diploma Or Degree Received |
|---|---|---|---|---|
| High School | Woodlawn H.S. Shreveport La | | | Diploma |
| College | Bishop College Dallas TX | | | Degree |
| Other | Howard University Washington DC | | | Degree |

Ohio & NY Applicants Do Not Complete

| Name Of Company And Address | Contact? | Telephone | Supervisor Name |
|---|---|---|---|
| Bobbie-Noell Enterprises Inc. 1021 Noell | ● Yes ○ No | (252-932-2000) | Mike Bobbie |

| Dates Worked From 1998 To 2000 | What Did You Do? Land. Rockymount N.C. – Manager | Last Salary/Wage $ 32,000 ○ Hourly ● Annually |
|---|---|---|

Why Did You Leave? Race Discrimination

| Name Of Company And Address | Contact? | Telephone | Supervisor Name |
|---|---|---|---|
| University of Virginia Hospital, Charlottesville | ○ Yes ○ No | (703) 924-1054 | Dr Clyde Watson |

| Dates Worked From 1995 To 1996 | What Did You Do? Chaplain/Counselor | Last Salary/Wage $ 24,000 ○ Hourly ● Annually |
|---|---|---|

Why Did You Leave? Job Ended

| Emergency Contact Name | Relationship | Telephone | Address |
|---|---|---|---|
| Brenda Hobley | Wife | (202) 526-7386 | 2713-17 St. N.E. Washing DC |

Complete the following if you have worked for KFC before, or previously applied for work at KFC:
Hired? ○ Yes ○ No    If Hired, Dates Of Employment From: To:    Location (City, State) Washington DC

KFC provides equal employment opportunities without regard to race, sex, age, national origin, citizenship, religion, disability, sexual orientation, or veteran status, and will make reasonable accommodations for disabled applicants and qualified new hires.

L109368

| Name | Relationship | City, State | Telephone |
|---|---|---|---|
| Rev. Edmonds | Friend | Washington DC | Home: (202) 638-4483 / Work: ( ) |
| Rev Calvan Cages | Friend | Washington DC | Home: ( ) / Work: (202) 387-4181 |
| Rev. William Bennett | Friend | Washington DC | Home: ( ) / Work: (202) 387-4181 |

1. ◯ Yes ◯ No  Within the last 7 years, have you been convicted of, or released from jail or prison for, a crime involving violence, sex, minors, theft, property damage, or drugs?*
   *(Crimes include felonies, misdemeanors, and other violations of the law. Massachusetts residents, do not respond "yes" for misdemeanor convictions more than 5 years old, or first misdemeanor convictions for simple assault or disturbance of the peace; Nevada residents, do not respond "yes" for misdemeanor convictions which did not result in imprisonment; Washington state residents, do not list misdemeanor convictions unless the release from jail or prison occurred in the last 7 years.)

2. ◯ Yes ☑ No  Are you currently charged with a crime involving violence, sex, minors, theft, property damage, or drugs?*

3. ◯ Yes ◯ No  If you are applying for a Delivery Driver position, have you had any moving violations/tickets within the last 12 months, or been convicted of, or released from prison for, driving under the influence of drugs or alcohol within the last 7 years?
   N/A

Conviction of a crime will not necessarily disqualify you from consideration for employment and will be considered only as it relates to the job in question.

**Nature of My Employment.** If I work for KFC, I agree that I will be an at will employee, which means that either I or KFC may end my employment at any time, with or without cause or notice. I agree that no written materials or verbal statements by KFC will constitute an express or implied contract of employment, and that this at will relationship could only be modified in writing identifying me by name and signed by the Chief Executive Officer of KFC. I agree that I will treat confidentially all information I will learn in the course of my employment with KFC.

**My Participation in KFC's Drug Free Environment.** I am not a current user of illegal drugs, and I agree I will never work under the influence of drugs or alcohol. I agree to submit to any lawful test for illegal use of drugs, or working under the influence of alcohol. I agree that KFC may refuse to hire me, or may terminate my employment, if I fail, or refuse to submit to, such a test at any time.

**My Records and References.** There is nothing in my background that would cause a risk to KFC's customers, employees, or property. I have not committed an act of violence, harassment or discrimination within the last 7 years. I authorize KFC to conduct reference checks, criminal and driving records checks, and other consumer report investigations, including personal interviews and other information relating to my character, general reputation and credit, personal characteristics and mode of living. I agree to sign such authorizations and/or disclosures as KFC requests from time to time concerning such background checks and investigations, and that KFC may refuse to hire me, or may terminate my employment, if I refuse to immediately sign any such form upon request. I release all parties from any liability from providing such information to KFC. Upon written request, additional information about investigation(s) will be provided.

The information I have given on this application is true and complete. I agree to promptly notify KFC if I am later charged with or convicted of a crime or (if I am a delivery driver) a driving offense. I agree that any false information or omission allows KFC to refuse to hire me, or to terminate my employment. I agree that a photocopy or imaged copy of this signed agreement will be as valid and enforceable as the original.

### ARBITRATION OF EMPLOYEE RIGHTS

Because of the delay and expense of the court systems, KFC and I agree to use confidential binding arbitration for any claims that arise between me and KFC, its related companies, and/or their current or former employees. Such claims would include any concerning compensation, employment (including, but not limited to any claims concerning sexual harassment), or termination of employment. Before arbitration, I agree: (i) first, to present any such claims in full written detail to KFC; (ii) next, to complete any KFC internal review process; and (iii) finally, to complete any external administrative remedy (such as with the Equal Employment Opportunity Commission). In any arbitration, the then prevailing rules of the American Arbitration Association (and, to the extent not inconsistent, the then prevailing rules of the Federal Arbitration Act) will apply.

Applicant's Signature _Ernest Lee Walsh_    Date _5-27-2001_

UNDER MARYLAND LAW, AN EMPLOYER MAY NOT REQUIRE OR DEMAND ANY APPLICANT FOR EMPLOYMENT OR PROSPECTIVE EMPLOYMENT OR ANY EMPLOYEE TO SUBMIT TO OR TAKE A POLYGRAPH, LIE DETECTOR, OR SIMILAR TEST OR EXAMINATION AS A CONDITION OF EMPLOYMENT OR CONTINUED EMPLOYMENT. ANY EMPLOYER WHO VIOLATES THIS PROVISION IS GUILTY OF A MISDEMEANOR AND SUBJECT TO A FINE NOT TO EXCEED $100.

I have read and understand the foregoing notice concerning my rights under Maryland law with respect to polygraph tests.

Applicant's Signature: _____

| Signature of Hiring Manager | Store ID # | Date | Initial after verifying docs proving age of person under 18 | Mgr Initials |
|---|---|---|---|---|
| | | | | |

Distribution of Copies:
Cover - To Applicant    White - To RSC - Application Processing immediately if hired; if not hired, law requires application to be maintained for one year    Canary - To be retained in employee file at restaurant

70015 (12/00)

As an employee of KFC, you have to read the information on this page and sign your name.

## Sexual Harassment and Discrimination Policy

I understand that KFC will not tolerate sexual harassment or discrimination. I agree not to sexually harass or discriminate against anyone. If I'm a victim of sexual harassment or discrimination, I understand that I am to call Human Resources immediately at the phone number listed on the inside cover of my Employee Handbook.

(Sign your name here)

## KFC Restaurant Cash and Security Guidelines For Management Trainees, Shift Supervisors, Assistant Unit Managers, and Restaurant General Managers

(Print your name here)

I have read and understand the KFC Restaurant Cash and Security Guidelines, which will be discussed in my management training class. I also understand that I will be subject to these guidelines in cases of cash losses or violations of guidelines as specified in the Security sections of Volume 3 of the Standards Library, and that a breach of the KFC Restaurant Cash and Security Guidelines may result in corrective action up to and including termination of employment.

(Sign your name here)

## Employee's Agreement Concerning Confidential Information

As a condition of employment by KFC USA, Inc., or its commonly owned affiliates ("KFC"), I agree as follows:

1. I will not disclose to anyone other than officers or employees of KFC (either during or subsequent to my employment with KFC) any confidential information or materials relating to the business of KFC. For this purpose, confidential information or materials includes any information or materials not generally known or available to the public, and includes, without limitation, formulas, recipes, ingredients, preparation and cooking procedures, advertising, marketing plans, staffing plans and processes, planning and financial information, strategic plans, operating plans, suppliers, and equipment information. Upon the termination of my employment with KFC, I will immediately deliver to KFC all confidential information and materials I have relating to the business of KFC.

2. I hereby assign to KFC, without any additional compensation to me, exclusive ownership of all ideas I conceive during the period of my employment which relate in any way to the then existing or future business of KFC, together with all resulting tangible or intangible property and property rights, including, without limitation, all copyright, trademark, and patent rights. I agree to execute such documents as may be requested by KFC to further evidence this assignment.

(Sign your name here)

## Agreement to Arbitrate

Because of the delay and expense which result from the use of court systems, KFC and I agree to use confidential binding arbitration for any claim that arises between me and KFC, its parent and affiliated corporations, and/or any of their current or former officers, directors, agents, and employees. Such claims would include any claims concerning compensation, employment (including, but not limited to, any claims concerning sexual harassment), or termination of employment. I also agree, before using this arbitration process (i) first, to present any such claim in full written detail to the KFC Human Resources Department; (ii) next, to pursue to completion any KFC internal review process; and (iii) finally, to pursue to completion any external administrative remedy (such as with the Equal Opportunity Commission). In any arbitration, the then prevailing rules of the American Arbitration Association (and, to the extent not inconsistent, the then prevailing rules of the Federal Arbitration Act) shall apply.

(Sign your name here)

## Receipt of Employee Handbook

This is to acknowledge that I have received a copy of the Employee Handbook. If I have any questions about the information, or guidelines contained in this handbook, I will call Human Resources at the phone number on the inside cover of my Employee Handbook.

(Sign your name here)