# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Rev. Earnest Lee Hobley

_____
Plaintiff

vs.                                          Civil Action No. 1:05-cv-1551

KFC U.S.Properties,INC.                      RMC
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this   27th   day of   February        , 20 06   , that

the plaintiff, Rev. Earnest Lee Hobley

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the   31th      day of   January      , 20 06

in favor of  KFC U.S.Properties, INC

against said  Rev. Earnest Lee Hobley

_____
Rev. Earnest Lee Hobley
_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil
action must be filed within 30 days after the date of entry of judgment or 60 days if the United
States or officer or agency is a party)

**CLERK**      Please mail copies of the above Notice of Appeal to the following at the addresses
indicated:

Attorney Eric J. Pelton
280 North Old Woodward Avenue,Suite 400

Birmingham,Michigan 48009-5394

RECEIVED

FEB 27 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

